In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-250 CV


 ______________________



IN THE INTEREST OF N.R.G.


 




On Appeal from the 359th District Court


Montgomery County, Texas


Trial Court No. 98-10-03658 CV






MEMORANDUM OPINION


 The appellant and the appellee filed a joint motion to dismiss this appeal. The motion
is voluntarily made by the parties prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(2). No other party filed notice of appeal. The motion to dismiss is granted and the
appeal is dismissed.

 APPEAL DISMISSED.

 _________________________________

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered October 16, 2008 

Before Gaultney, Kreger and Horton, JJ.